COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
524 South 8th Street
Las Vegas, Nevada 89101
(702) 678-1999

Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) | |
| ) | BK-S-09-31969-LBR |
| ) | Chapter 11 |
| DIKKA RIAN ) | |
| ) | |
| ) | HEARING DATE:    OST PENDING |
| Debtor. ) | HEARING TIME:    OST PENDING |
| _____ ) | |

**MOTION FOR CONTINUATION OF AUTOMATIC STAY**

Now comes, Dikka Rian (hereinafter the "Debtor"), by her attorney COREY B. BECK, ESQ., and moves this Court pursuant to 11 U.S.C. § 362 (c)(3)(B) for order continuing the automatic stay provided under §362(a) as to all creditors, and states;

1. Debtor filed instant Chapter 11, Case Number 09-31969-LBR, on November 20, 2009.

2. Debtors previously filed a chapter 13 Case No. 09-22181-LBR, which was dismissed on or about November 18, 2009.

3. That the Debtor's prior Chapter 13 Bankruptcy was dismissed because the Debtor was above the unsecured debt eligibility threshold.

4. The petition in the instant case was filed in good faith. Debtor believes that she now has the means to purpose and complete the reorganization.

5. The Debtor's prior Chapter 13 Case No.09-22181-LBR, which was dismissed on November 18, 2009, was the only prior case by the Debtor that was pending during the preceding year.

1

**WHEREFORE**, Debtor prays this Court will continue the automatic stay §362(a) as to all creditors for the duration of this Chapter 13 proceeding, or until such time as the stay is terminated under §362(c)(1) or(c)(2), or a motion for relief is granted under §362(d).

DATED this 1st day of December, 2009.

      /s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No. 005870
524 South 8th Street
Las Vegas, Nevada  89101
(702) 678-1999

Attorney for Debtor

2