1  COREY B. BECK, ESQ.
   Nevada Bar No. 005870
2  THE LAW OFFICE OF COREY B. BECK, P.C.
   524 South 8th Street
3  Las Vegas, Nevada 89101
   (702) 678-1999
4
   Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | ) | |
|---|---|---|
| | ) | BK-S-09-31969-LBR |
| | ) | Chapter 11 |
| DIKKA RIAN | ) | |
| | ) | |
| | ) | HEARING DATE:  OST PENDING |
| Debtor. | ) | HEARING TIME:  OST PENDING |
| _____ | ) | |

**APPLICATION FOR ORDER SHORTENING TIME**

Debtor applies for an Order Shortening Time for hearing on ***MOTION FOR CONTINUATION OF AUTOMATIC STAY*** upon the grounds set forth in the accompanying Affidavit of Corey B. Beck, Esq.

DATED this 1st day of December, 2009.


                                        By  /s/  COREY B BECK
                                            COREY B. BECK, ESQ
                                            Nevada Bar No. 005870
                                            524 South 8th Street
                                            Las Vegas, Nevada 89101
                                            (702)678-1999

                                            Attorney for Debtor

1

**AFFIDAVIT OF CORY B. BECK, ESQ. IN SUPPORT
OF ORDER SHORTENING TIME**

STATE OF NEVADA        )
                       )s.s.
COUNTY OF CLARK        )

COREY B. BECK, ESQ., being first duly sworn, deposes and says:

1. I am an attorney at law licensed to practice and practicing in the State of Nevada, and am the attorney for the Debtor herein "Dikka Rian." I make this Affidavit on the Debtor's behalf in support of the within Application for Order Shortening Time.

2. Debtor filed instant Chapter , Case Number 09-31969-LBR on November 20, 2009.

3. Debtors previously filed a chapter 13 Case No. 09-22181-LBR, which was dismissed on or about November 18, 2009.

4. Undersigned counsel respectfully requests that this matter be heard on Order Shortening Time as stay in the instant case is only automatic for 30 days.

5. Debtor in particular is seeking to extend the stay as the mortgage creditors would seek foreclosure if given the opportunity.

6. Undersigned counsel is therefore requesting an immediate court hearing on this matter.

Affiant further sayeth not.                /s/ COREY B. BECK
                                           _____
                                           COREY B. BECK, ESQUIRE

2