**Entered on Docket
January 05, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
524 South 8th Street
Las Vegas, Nevada 89101
(702) 678-1999

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: ) | |
| ) | BK-S-09-31969-LBR |
| DIKKA MELELANI RIAN ) | Chapter 11 |
| ) | |
| ) | |
| ) | HEARING DATE: December 16, 2009 |
| Debtor. ) | HEARING TIME:   1:30 PM |
| ) | |

### ORDER ON DEBTOR'S MOTION FOR CONTINUATION OF THE AUTOMATIC STAY TO ALL CREDITORS

**THE DEBTOR'S MOTION FOR CONTINUATION OF THE AUTOMATIC STAY TO ALL CREDITORS** filed by the Debtor, having come on hearing on the date and time above, the Court having considered any objections filed or raised at the hearing, it is hereby:

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the bankruptcy proceedings were filed in "good faith."

**IT IS FURTHER THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Motion to Continue the Automatic Stay is hereby "granted."

**IT IS FURTHER THEREFORE, ORDERED, ADJUDGED AND DECREED** this stay under § 362(a) shall continue to be imposed as to <u>all</u> creditors for the duration of this Chapter 13 proceeding, or until such time is terminated under § 362(c)(1) or ©)(2), or motion for relief is granted under § 362(d) or other Order.

**IT IS FURTHER THEREFORE, ORDERED, ADJUDGED AND DECREED** that the debtor has demonstrated by preponderance of evidence to all other creditors that the case was filed in "good faith."

DATED this ___ day of December, 2009.

Submitted By:

/s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
524 South 8th Street
Las Vegas, Nevada 89101
(702) 678-1999
Attorney for Debtor

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, undersigned certifies:
    ____ The court waived the requirements of LR 9021.

    _X_ No parties appeared or filed written objections, and there is no trustee appointed in the case.
    ____ I have delivered a copy of this proposed order to all counsel who appeared at hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved or failed to respond to the document]:

###