1  COREY B. BECK, ESQ.
   Nevada Bar No. 005870
2  THE LAW OFFICE OF COREY B. BECK, P.C.
   425 South 6th Street
3  Las Vegas, Nevada 89101
   (702)678-1999
4
   Attorney for Debtor
5
## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | BK-S-09-31969-LBR |
|---|---|---|
|  | ) | Chapter 11 |
| DIKKA RIAN | ) |  |
|  | ) |  |
|  | ) | HEARING DATE: October 13, 2010 |
| Debtor. | ) | HEARING TIME: 1:30 p.m. |
| _____ | ) |  |

### OPPOSITION TO MOTION FOR RELIEF FROM STAY AND REQUEST FOR PAYMENT HISTORY

COMES NOW, Debtor, DIKKA RIAN ("Debtor"), by and through her attorney, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., hereby opposes this Motion For Relief From Stay filed on behalf of U.S. Bank National Association, as follows:

Debtor has represented to undersigned counsel that she believes she is post-petition current with her monthly obligations to the secured creditor.

Any arrears owed pre-petition to the secured creditor will be provided for in Debtor's Chapter 11 plan.

Undersigned counsel also requests a detailed payment history.

DATED this 28th day of September, 2010.

        /s/ COREY B. BECK, ESQ.
COREY B. BECK, ESQ.
Nevada Bar No. 005870
THE LAW OFFICE OF COREY B. BECK, P.C.
425 South 6th Street
Las Vegas, Nevada 89101
(702)678-1999

Attorney for Debtor

COREY B. BECK, ESQ.
Nevada Bar No.  005870
THE LAW OFFICE OF COREY B.  BECK, P.C.
425 South 6th Street
Las Vegas, Nevada 89101
(702)678-1999

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | BK-S-09-31969-LBR |
| | ) | Chapter 11 |
| DIKKA RIAN | ) | |
| | ) | |
| | ) | HEARING DATE: October 13, 2010 |
| Debtor. | ) | HEARING TIME:   1:30 p.m. |
| _____ | ) | |

### CERTIFICATE OF MAILING OF
### OPPOSITION TO MOTION FOR RELIEF FROM
### STAY AND REQUEST FOR PAYMENT HISTORY

I hereby certify that on the 28th day of September, 2010, I mailed a true and correct copy of the ***Opposition to Motion for Relief From Stay and Request for Payment History,*** first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows:

Gregory L. Wilde, Esq.                                      **SENT VIA FACSIMILE**
WILDE & ASSOCIATES
212 South Jones Blvd.
Las Vegas, NV 89107
Telephone: (702) 258-8200
Attorney for U.S. Bank National Association


Dikka Rian                                                              **SENT VIA FIRST CLASS MAIL**

609 Sea Pines Lane

Las Vegas, NV 89107

                                                 /s/ VANESSA ANDERSON
                                        An Employee of
                                        The Law Office of Corey B.  Beck, P.C.